UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLIVIA MAIHACK, et al. ,

Plaintiff(s),

v.

AMERITAS HOLDING COMPANY, a Nebraska corporation, et al. ,

Defendant(s).

Case No. 3:26-CV-10017

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Emily A. Kile-Maxwell, an active member in good standing of the bar of Indiana, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendants Ameritas Holding Company, Ameritas Life Insurance Corp., Ameritas Agents Benefits Committee in the above-entitled action. My local co-counsel in this case is Spencer D. McAllister, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 354296.

300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
MY ADDRESS OF RECORD

Four Embarcadero Center, 27th Floor
San Francisco, California 94111-4180
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

317-237-0300
MY TELEPHONE # OF RECORD

415-591-7500
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

emily.kilemaxwell@faegredrinker.com
MY EMAIL ADDRESS OF RECORD

spencer.mcallister@faegredrinker.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: IN 34666-49.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026

/s/ Emily A. Kile-Maxwell
APPLICANT
Emily A. Kile-Maxwell

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Emily A. Kile-Maxwell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 26, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

# SUPREME COURT OF
# THE STATE OF INDIANA

*Certification*

**STATE OF INDIANA:**

I, Bradley W. Skolnik, Executive Director of the Office of Admissions and Continuing Legal Education, do hereby certify that

EMILY ALLISON KILE-MAXWELL

is a member of the bar of the Supreme Court of Indiana since admission on October 16, 2017, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 23rd day of October, 2026.

Bradley W. Skolnik
Executive Director
Office of Admissions and Continuing Education
Indiana Supreme Court